# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Aaron E. Goodstein**, presiding.  
DATE: **December 21, 2009**  
CASE NO. **09-84M(AEG)**  
UNITED STATES v. **Sujata Sachdeva**  
PROCEEDING: **Initial Appearance**

Deputy Clerk:  
Court Reporter:  
Time Called: 4:12:03  
Time Concluded: 4:28:56

UNITED STATES by: **Matthew Jacobs**
- Probation Officer: **Stephanie Mott**
- Interpreter:

DEFENDANT: **Sujata Sachdeva**, in person, and by  
ATTORNEY: **Michael Hart (Retained)**

---

Crt. advised deft. of rights. Govt. advised deft. of charges, penalties and fines. Deft. is a resident of the U.S. Children here. Deft.'s passport expired earlier this year. Deft. to be evaluated for mental health issue.

Govt. states deft. was cooperative when approached by agents. Govt. requests release on O/R bond. Husband works at Medical College and is willing to sign as surety.

Crt. statements before ruling. Deft. not a danger but may be a risk of non-appearance. Stable home here. Crt. sets $50,000 O/R bond w/conditions: 1). Both the deft. and her husband are to sign as sureties. 2). PTS to evaluate deft. re : mental health. 3). Report to PTS as directed. 4). Remain in the E.D. of Wisconsin. 5). Surrender passport to the Clerk of Court.

Crt. sets Prelim./A & P hrg. for 1/11/10 at 10:00.