# KOHLER & HART LLP

ATTORNEYS AT LAW

MICHAEL F. HART
mfhart@kohlerandhart.com
TELEPHONE 414.271.9595
FACSIMILE 414.271.3701

FIRST NATIONAL BANK BUILDING
735 NORTH WATER STREET, SUITE 1212
MILWAUKEE, WISCONSIN 53202
www.kohlerandhart.com

January 6, 2010

**VIA ECF FILING**

Honorable Aaron E Goodstein
U.S. Magistrate Judge
The United States District Court
517 E. Wisconsin Avenue, # 258
Milwaukee, WI 53202-4512

Re: **United States of America vs. Sujata Sachdeva**
**Case No. 09-MJ-00084-AEG**

Dear Judge Goodstein:

I write to advise the Court that Mrs. Sachdeva wishes to waive her right to a timely preliminary hearing pursuant to FRCP §5.1(d).

Based upon Mrs. Sachdeva's waiver of time limits, we are asking that the preliminary hearing scheduled for January 11, 2010 be adjourned. The government does not object to the requested continuance.

The Court's consideration of our request is greatly appreciated.

Sincerely,
**/s/ Michael F. Hart**
Michael F. Hart
Kohler & Hart, LLP
735 N. Water Street, Suite 1212
Milwaukee, Wisconsin 53202
(414) 271-9595 Telephone
(414) 271-3701 Fax
mfhart@kohlerandhart.com

cc: Assistant United States Attorney, Matthew L. Jacobs